IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BAKER'S BRIDGE, LLC. | ) | |
| | ) | |
| v. | ) | NO. 3:07-0360 |
| | ) | JUDGE ECHOLS |
| GOLF DISCOUNT OF ST. LOUIS, INC.) | | |
| ET AL. | ) | |

**O R D E R**

The Court having been advised by counsel for the parties that the matters in controversy between the parties have been settled, it is hereby ORDERED that this case is dismissed without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if the settlement is not consummated. Within this thirty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE