IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BAKER'S BRIDGE, LLC, | |
| Plaintiff, | Case No. 03:07-0360 |
| v. | Judge Echols |
| GOLF DISCOUNT OF ST. LOUIS, INC. and NED B. STORY, | Magistrate Judge Bryant |
| Defendants. | |

## STIPULATED JUDGMENT

It appearing to the Court, by and through the representations of counsel for the parties, whose signatures appear below, that as a result of a Payment Default having occurred under a Settlement Agreement between the parties dated as of May 8, 2008 ("Settlement Agreement"), the parties have agreed and stipulated to the entry of this Stipulated Judgment, it is accordingly, ORDERED, ADJUDGED and DECREED that Plaintiff, Baker's Bridge, LLC shall have and recover a judgment against Defendants Golf Discount of St. Louis, Inc. and Ned B. Story, jointly and severally, in the amount of One Million Two Hundred Thousand and No/100 Dollars ($1,200,000.000), for which execution may issue, if necessary. In the event of any execution or other action to enforce this judgment, credit shall be given against the judgment amount for all sums paid by Defendants pursuant the Settlement Agreement. This Stipulated Judgment constitutes the final order in this cause. Each party to this action shall bear its own costs.

It is so ORDERED.

_____
United States District Judge

APPROVED FOR ENTRY:

___s/ Charles W. McElroy_____
Charles W. McElroy (BPR #7059)
WHITE & REASOR, PLC
One American Center, Suite 1100
3100 West End Avenue
Nashville, TN 37203
Phone: (615) 383-3345
Fax:    (615) 383-9390
mcelroy@whitereasor.com

Attorneys for Plaintiff


___s/ Joseph R. Dulle_____
Joseph R. Dulle
Stone, Leyton & Gershman, P.C.
7733 Forsyth Boulevard, Suite 500
Clayton, Missouri 63105
Phone: (314) 721-7011
Fax:    (314) 721-8660
jdulle@stoneleyton.com


___s/ Roy C. DeSha, Jr._____
Roy C. DeSha, Jr.
The Law Office of Ray C. DeSha, Jr.
1106 Eighteenth Avenue South
Nashville, Tennessee 37212
Phone: (615) 369-9600
Fax:    (615) 369-9613
rcd@deshalaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed electronically. Notice of the filing will be sent by operation of the Court's Electronic Filing System on the electronic filing receipt to:

Joseph R. Dulle
Stone, Leyton & Gershman,
A Professional Corporation
7733 Forsyth Boulevard, Suite 500
St. Louis, Missouri 63105
jdulle@stoneleyton.com

Roy C. Desha, Jr.
Law Offices of Roy C. Desha, Jr.
1106 Eighteenth Avenue South
Nashville, TN 37212
roy@deshalaw.com

this 15th day of March, 2010. Parties may access this filing through the Court's electronic filing system.

                                                   s/ Charles W. McElroy
                                                   Charles W. McElroy